BEFORE THE THIRD DIVISION, JUNE 18, 1948

**No. 52392.**—The Brandt Co. et al. *v.* United States, protests 713895–G, etc. (Cleveland, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52393.**—District Wholesale Corp. et al. *v.* United States, protests 912948–G, etc. (Baltimore, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52394.**—Alph Distributing Co. et al. *v.* United States, protests 73394–K, etc. (San Francisco, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52395.**—Alex Murphy & Co. et al. *v.* United States, protests 107109–K, etc. (Philadelphia, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52396.**—Bjelland, Lange & Co., Inc., et al. *v.* United States, protests 109315–K, etc. (Galveston, etc.).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52397.**—Kachurin Drug Co. et al. *v.* United States, protests 124848–K, etc. (Baltimore, etc.).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52398.**—Corporacion Argentina de Productores de Carnes and W. R. Zanes & Co. *v.* United States, petition 6213–R (Galveston).

Opinion by JOHNSON, J.   The petition was dismissed.

BEFORE THE FIRST DIVISION, JUNE 23, 1948

**No. 52399.**—T. Akiyama et al. *v.* United States, protests 846519–G, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.